UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:19-cv-25331-BB

AT LAW AND IN ADMIRALTY

DALE BLANCHARD,

    Plaintiff

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE

    Defendant.

_____/

## JOINT SCHEDULING REPORT

The Plaintiff, DALE BLANCHARD and Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE, by and through their undersigned attorneys and pursuant to S. D. Fla. L. R. 16.1(b)(3), hereby jointly file their Joint Scheduling Report, and state as follows:

1. **Local Rule 16.1.B.2**

   A. **A discussion of the likelihood of settlement.**

   At this time the parties believe settlement is premature, but the parties will endeavor to reach an amicable resolution of this matter.

   B. **A discussion of the likelihood of appearance in the action of additional parties.**

   Since discovery has not yet commenced, it is unknown at this time whether additional parties will be named or appear in this action.

   C. **A discussion on proposed limits on the time:**

       a) **To join other parties and to amend the pleadings:**

       See attached Schedule Jointly Proposed by the Parties (Attachment A).

    b) **To file and hear motions:**

        See attached Schedule Jointly Proposed by the Parties (Attachment A).

    c) **To complete discovery:**

        See attached Schedule Jointly Proposed by the Parties (Attachment A).

**D. A proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

At this time the parties have no specific proposals for the formulation and simplification of issues, although the parties agree to continue to work in good faith to simplify all issues, claims and defenses in this action. The parties will attempt to stipulate as to the authenticity of documents where practicable.

**E. The necessity or desirability of amendments to the pleadings.**

It is unknown at this time whether there will be a necessity for amendment of the pleadings.

**F. A discussion of possible admissions of fact and documents which will avoid unnecessary proof; of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence.**

The parties will work together in good faith to obtain admissions of fact and any other stipulations necessary for the authentication of documents, electronically stored information, or things. Presently, the need for an advance ruling from the Court on the admissibility of any evidence is unknown.

**G. Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

The parties will confer in an effort to come to agreements to avoid unnecessary proof and cumulative evidence, including potential stipulations to the authenticity of documents received via subpoena or through discovery.

**H. Suggestions on the advisability of referring matters to a magistrate judge or master.**

At this time, Plaintiff and Defendants object to referring any matters to the magistrate, including discovery matters.

**I. A preliminary estimate of the time required for trial.**

The parties estimate that the trial will take four to five days.

**J. Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

Please see Attachment "A."

K. **Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

The Plaintiff and other witnesses reside outside the state of Florida, otherwise nothing else at this time.

Dated this 12th day of February 2020

Respectfully submitted,

**By:** *s/ _Christopher B. Smith_____*
**John H. Hickey, Esq.** (FBN 305081)
hickey@hickeylawfirm.com
**Christopher B. Smoth, Esq.** (FBN 121925)
csmith@hickeylawfirm.com
mrodriguez@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue
Suite 510
Miami, FL  33131
Tel. (305) 371-8000
Fax: (305) 371-3542
*Counsel for Plaintiff*

**By:** s/ *Thomas Briggs*_____
**Lauren Levitt, Esq.** (FBN 1011030)
llevitt@maselaw.com
froberts@maselaw.com
filing@maselaw.com
**Thomas A. Briggs, Esq.** (FBN 663034)
tbriggs@maselaw.com
rcoakley@maselaw.com
**MASE, MEBANE & BRIGGS, P.A.**
2601 South Bayshore Drive
Suite 800
Miami, FL 33133
Telephone: (305) 377-3770
Facsmile: (305) 377-0080
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served upon all counsel of record or pro se parties identified on the Service List below in the manner specified, wither via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher B. Smith*_____
Christopher B. Smith (FBN 121925)
csmith@hickeylawfirm.com

## SERVICE LIST

**DALE BLANCHARD v. CARNIVAL CORPORATION**
**USDC CASE NO.: 1:19-cv-25331-BB**

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Christopher B. Smoth, Esq.** (FBN 121925)<br>csmith@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Counsel for Plaintiff* | **Lauren Levitt, Esq.** (FBN 1011030)<br>llevitt@maselaw.com<br>froberts@maselaw.com<br>filing@maselaw.com<br>**Thomas A. Briggs, Esq.** (FBN 663034)<br>tbriggs@maselaw.com<br>rcoakley@maselaw.com<br>**MASE, MEBANE & BRIGGS, P.A.**<br>2601 South Bayshore Drive<br>Suite 800<br>Miami, FL 33133<br>Telephone: (305) 377-3770<br>Facsmile: (305) 377-0080<br>*Attorneys for Defendant* |