UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:19-cv-25331-BB

AT LAW AND IN ADMIRALTY

DALE BLANCHARD,

    Plaintiff

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE

    Defendant.

_____/

**ATTACHMENT A**
**SCHEDULE JOINTLY PROPOSED BY THE PARTIES**
**ACTION OR EVENT DEADLINE OR DATE**

This cause is set for trial during the Court's two-week trial calendar beginning on March 1, 2021. The Calendar call will be held at 9:30 am on Monday, February 22, 2021. The Parties propose to adhere to the following schedule:

**March**

| | |
|---|---|
| March 20, 2020 | The parties shall select a mediator and schedule a time, date, and place for mediation. |
| April 22, 2020 | Joinder of parties and claims, and amendment of pleadings. |
| November 1, 2020 | All <u>fact</u> and <u>expert</u> discovery must be completed. |
| September 4, 2020 | The Parties will exchange expert witness disclosures along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2). |

1

| September 18, 2020 | The Parties will exchange rebuttal expert reports. |
|---|---|
| November 13, 2020 | Mediation must be completed. |
| November 20, 2020 | All dispositive pretrial motion including summary judgment and *Daubert* must be filed. |
| December 11, 2020 | All pretrial motions and accompanying memoranda of law including Motions in Limine must be filed. |
| January 20, 2021 | Joint Pre-trial Stipulation due, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law. |
| February 5, 2021 | Deposition Designations shall be filed. |

Dated this 12th day of February 2020

Respectfully submitted,

**By:** *s/ _Christopher B. Smith_____*
**John H. Hickey, Esq.** (FBN 305081)
hickey@hickeylawfirm.com
**Christopher B. Smoth, Esq.** (FBN 121925)
csmith@hickeylawfirm.com
mrodriguez@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue
Suite 510
Miami, FL  33131
Tel. (305) 371-8000
Fax: (305) 371-3542
*Counsel for Plaintiff*

**By:** s/ *Thomas Briggs_____*
**Lauren Levitt, Esq. (**FBN 1011030)
llevitt@maselaw.com
froberts@maselaw.com
filing@maselaw.com
**Thomas A. Briggs, Esq.** (FBN 663034)
tbriggs@maselaw.com
rcoakley@maselaw.com
**MASE, MEBANE & BRIGGS, P.A.**
2601 South Bayshore Drive
Suite 800
Miami, FL 33133
Telephone: (305) 377-3770
Facsmile: (305) 377-0080
*Attorneys for Defendant*

2