UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:19-cv-25331-BB

AT LAW AND IN ADMIRALTY

DALE BLANCHARD,

    Plaintiff

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE

    Defendant.

_____/

**ATTACHMENT B**
**JOINT CONSENT TO JURISDICTION BY A**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| | |
|---|---|
| 1. Motions for Costs | Yes _____ No __x__ |
| 2. Motions for Attorney's Fees | Yes _____ No __x__ |
| 3. Motions for Sanctions or Contempt | Yes _____ No __x__ |
| 4. Motions to Dismiss or for Judgment on the Pleadings | Yes _____ No __x__ |
| 5. Motions for Summary Judgment | Yes _____ No __x__ |

Dated this 12th day of February 2020

Respectfully submitted,

**By:** *s/ _Christopher B. Smith_____*
**John H. Hickey, Esq.** (FBN 305081)
hickey@hickeylawfirm.com
**Christopher B. Smoth, Esq.** (FBN 121925)
csmith@hickeylawfirm.com

**By:** s/ *Thomas Briggs_____*
**Lauren Levitt, Esq.** (FBN 1011030)
llevitt@maselaw.com
froberts@maselaw.com
filing@maselaw.com

1

<div style="column-count:2">

mrodriguez@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue
Suite 510
Miami, FL  33131
Tel. (305) 371-8000
Fax: (305) 371-3542
*Counsel for Plaintiff*

**Thomas A. Briggs, Esq.** (FBN 663034)
tbriggs@maselaw.com
rcoakley@maselaw.com
**MASE, MEBANE & BRIGGS, P.A.**
2601 South Bayshore Drive
Suite 800
Miami, FL 33133
Telephone: (305) 377-3770
Facsmile: (305) 377-0080
*Attorneys for Defendant*

</div>